# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MOZE,<br>            Plaintiff(s),<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br>            Defendant(s).<br>_____/ | CASE NO. CV 10-03877 JF<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [x] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- [x] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: December 10, 2010

                                                                                  Richard Johnston
                                                                                  Attorney for Plaintiff Sherry Mosley

Dated: December ___, 2010

                                                                                   Joseph C. Liburt
                                                                                   Attorneys for Defendants
                                                                                   PricewaterhouseCoopers LLP and Samuel
                                                                                  P. Starr, Esq.

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONNIE MOZE,                              CASE NO. CV 10-03877 JF
            Plaintiff(s),

      v.                                  STIPULATION AND [PROPOSED] ORDER
                                          SELECTING ADR PROCESS
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, et al.,

            Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)      (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: December ___, 2010

                                          _____
                                          Richard Johnston
                                          Attorney for Plaintiff Sherry Mosley

Dated: December 10, 2010                  _____
                                          Joseph C. Liburt
                                          Attorneys for Defendants
                                          PricewaterhouseCoopers LLP and Samuel
                                          P. Starr, Esq.

American LegalNet, Inc.
www.USCourtForms.com

Dated December 10, 2010

_____
Dennis G. Rolstad
Attorneys for Defendants
Hartford Life And Accident Insurance
Company and PricewaterhouseCoopers
LLP Health And Welfare Benefits Plan

American LegalNet, Inc.
www.USCourtForms.com

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 12/16/10

_____
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com