| | |
|---|---|
| 1 | LAW OFFICES OF RICHARD JOHNSTON |
| | Richard Johnston, SBN 124524 |
| 2 | richardjohnstonesq@gmail.com |
| | 131-A Stony Circle, Suite 500 |
| 3 | Santa Rose, California 95401 |
| | Telephone:   (707) 577-7422 |
| 4 | Facsimile:    (707) 837-9532 |
| 5 | Attorney for Plaintiff |
| 6 | ORRICK HERRINGTON SUTCLIFFE LLP |
| | Joseph C. Liburt, SBN 155507 |
| 7 | jliburt@orrick.com |
| | 1000 Marsh Road |
| 8 | Menlo Park, California 94025-1015 |
| | Telephone:   (650) 614-7447 |
| 9 | Facsimile:    (650) 614-7401 |
| 10 | Attorneys for Defendants |
| | PRICEWATERHOUSECOOPERS LLP and SAMUEL P. STARR, ESQ. |
| 11 | |
| | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 12 | Dennis G. Rolstad, SBN 150006 |
| | dennis.rolstad@sdma.com |
| 13 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 14 | San Francisco, California  94105-1008 |
| | Telephone:   415.781.7900 |
| 15 | Facsimile:    415.781.2635 |
| 16 | Attorneys for Defendants |
| | HARTFORD LIFE AND ACCIDENT INSURANCE |
| 17 | COMPANY and PRICEWATERHOUSECOOPERS LLP HEALTH AND WELFARE |
| | BENEFITS PLAN, (Erroneously sued herein as PRICEWATERHOUSECOOPERS |
| 18 | LLP LONG TERM DISABILITY PLAN) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | | |
| 22 | CONNIE MOZE, | **CASE NO. CV 10-03877 JF** |
| 23 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| 24 | v. | |
| 25 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; PRICEWATERHOUSECOOPERS LLP LONG TERM DISABILITY PLAN; PRICEWATERHOUSECOOPERS LLP, in its capacity as Plan Administrator; SAMUEL P. STARR, ESQ.; in his capacity as Plan Administrator, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

SF/1917050v1

CASE NO. CV 10-03877

[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1   In accordance with the parties' Stipulation For Dismissal of Entire Action with Prejudice,
2   it is hereby ORDERED that this entire action is dismissed with prejudice, including the
3   complaint and any and all cross-claims or counter-claims, each party to bear her or its own
4   attorneys' fees and costs.
5   IT IS SO ORDERED.
6   Dated:  1/14/11  _____

7   _____
    Honorable Jeremy Fogel

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28